UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| RONALD COLEMAN CLARK | CIVIL ACTION NO. 07-2100 |
| VS. | SECTION P |
| CORNEL HUBERT, WARDEN | JUDGE MELANÇON |
| | MAGISTRATE JUDGE METHVIN |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that this petition for *habeas corpus* be **DENIED AND DISMISSED WITH PREJUDICE** because petitioner's claims, while technically exhausted, are procedurally defaulted.

**THUS DONE AND SIGNED**, at Lafayette, Louisiana, on this 5th day of August, 2008.

Tucker L. Melançon
UNITED STATES DISTRICT JUDGE